IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHYSICIANS LIFE INSURANCE COMPANY, ) ) ) | CIVIL ACTION No. 07-1083 |
| Plaintiff, ) ) | |
| vs. ) ) | *Electronically Filed* |
| STEVEN J. FRIEDMAN, RONNA L. WALTERS, AND KIRA E. WALTERS, ) ) ) ) | |
| Defendants. ) | |

**ORDER OF COURT**

Now, this 22nd day of Dec, 2007, upon consideration of the foregoing Consented to Motion it is hereby ORDERED, ADJUDGED and DECREED that:

1. The defendants, Steven J. Friedman, Ronna L. Walters, and Kira E. Walters, and each of them be and hereby are temporarily enjoined and restrained until further order of this Court from instituting or prosecuting further any suit or proceeding involving the funds interpleaded in this action in any state or any other federal court.

2. That plaintiff, Physicians Life Insurance Company, be and hereby is fully and finally discharged from any liability to defendants or any of them for funds due under that certain annuity contract issued by Physicians Life Insurance Company to Shirley D. Friedman, now deceased, designated contract No. 90020700.

3. The Clerk of this Court shall pay to plaintiff, Physicians Life Insurance Company of 2600 Dodge Street, Omaha, NE 68131-2671, the amount of $1,500.00 from the principle of the funds deposited into the Registry of the Court pursuant to the Order of Court entered in the within action on August 15, 2007. Said payment shall be made by check payable to "Physicians Life Insurance Company" and delivered to plaintiff's attorney of record in the within action.

Gary L. Lancaster
United States District Judge

CONSENTED TO:

*[signature]*

Thomas J. Dempsey, Jr., Esquire
PA I.D. No. 49697
Attorney for Defendant
Steven J. Friedman

*[signature]*

J. Allen Roth, Esquire
PA I.D. No. 30347
Attorney for Defendants
Ronna L. Walters and Kira E. Walters