IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHYSICIANS LIFE INSURANCE
COMPANY,

        Plaintiff,

   v.                       C.A. 07-1083

STEVEN J. FRIEDMAN, RONNA L.
WALTERS, and KIRA E. WALTERS,

        Defendants.

## CONSENT ORDER OF COURT

1.     This action was commenced by Physicians Life Insurance Company as an interpleader of disputed funds in the amount of $37,598.04.

2.     On December 22, 2007, the court entered an order upon plaintiff's motion to pay the disputed funds into court and for payment of $1,500.00 in attorney's fees to plaintiff.

3.     On December 27, 2007, the clerk of the court directed the payment of $1,500.00 to plaintiff as required by the order of December 22, 2007.

4.     The current balance of the interpleaded funds is $36,098.04 plus accrued interest.

5.     Defendants, as claimants to the disputed funds, have agreed to a distribution of the remaining balance of the disputed funds in three equal shares, plus accrued interest (less the ten percent (10%) administrative fee on earned interest), as follows:

        a.    to Steven J. Friedman - $12,032.68 plus accrued interest

        b.    to Ronna L. Walters - $12,032.68 plus accrued interest

        c.    to Kira E. Walters $12,032.68 plus accrued interest.

AND NOW, this 31st day of December, 2007, it is hereby ORDERED that the principal and accrued interest of the funds held in interpleader shall be distributed pursuant to the preceding stipulation, after payment of the ten percent (10%) administrative fee on earned interest. The Clerk shall mark the instant case closed.

BY THE COURT:

/s/ *[signature]*
12/31/07